## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Perisee, Keisha

Printed: 7/1/08

Case Number: 07 B 13649

Judge: Squires, John H

Filed: 7/30/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:       Ch 7 Conversion:  May 1, 2008
Confirmed:  September 26, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 6,784.68 |  |
| Secured: |  | 1,200.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 32.46 |
| Administrative: |  | 3,434.00 |
| Trustee Fee: |  | 272.59 |
| Other Funds: |  | 1,845.63 |
| Totals: | 6,784.68 | 6,784.68 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,434.00 | 3,434.00 |
| 2. | Popular Mortgage Services | Secured | 0.00 | 0.00 |
| 3. | Santander Consumer USA | Secured | 0.00 | 0.00 |
| 4. | Cook County Treasurer | Secured | 0.00 | 0.00 |
| 5. | US Bank | Secured | 13,191.75 | 1,200.00 |
| 6. | Popular Mortgage Services | Secured | 21,205.07 | 0.00 |
| 7. | Illinois Dept of Revenue | Priority | 32.46 | 32.46 |
| 8. | Commonwealth Edison | Unsecured | 28.06 | 0.00 |
| 9. | T Mobile USA | Unsecured | 72.41 | 0.00 |
| 10. | Illinois Dept of Revenue | Unsecured | 3.00 | 0.00 |
| 11. | RoundUp Funding LLC | Unsecured | 51.00 | 0.00 |
| 12. | US Bank | Unsecured | 0.00 | 0.00 |
| 13. | Asset Acceptance | Unsecured | 43.73 | 0.00 |
| 14. | Peoples Energy Corp | Unsecured | 212.53 | 0.00 |
| 15. | Chicago Central | Unsecured | 22.20 | 0.00 |
| 16. | Comcast Cablevision | Unsecured | 15.69 | 0.00 |
| 17. | City Of Chicago | Secured |  | No Claim Filed |
| 18. | Ocwen Loan Servicing LLC | Secured |  | No Claim Filed |
| 19. | Imagine | Unsecured |  | No Claim Filed |
| 20. | First Premier Bank | Unsecured |  | No Claim Filed |
| 21. | GC Services | Unsecured |  | No Claim Filed |
| 22. | LaRabida Childrens Hospital | Unsecured |  | No Claim Filed |
| 23. | Quick Payday | Unsecured |  | No Claim Filed |
| 24. | Professional Account Management | Unsecured |  | No Claim Filed |
| 25. | City Of Chicago Dept Of Revenue | Unsecured |  | No Claim Filed |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Perisee, Keisha

Printed:  7/1/08

Case Number:  07 B 13649

Judge:  Squires, John H

Filed:  7/30/07

| | | | |
|---|---|---|---|
| 26. | Sprint PCS | Unsecured | No Claim Filed |
| 27. | Sprint PCS | Unsecured | No Claim Filed |
| 28. | Sinai Health System | Unsecured | No Claim Filed |
| 29. | Washington Mutual Bank FA | Unsecured | No Claim Filed |
| 30. | World Financial Network Nat'l | Unsecured | No Claim Filed |
| 31. | Wrigley Factory Credit Union | Unsecured | No Claim Filed |

$ 38,311.90          $ 4,666.46

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 237.83 |
| 6.5% | 34.76 |
| | $ 272.59 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by: